# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---

In re:

Aaron Michael Blumke                                            Bky. Case No. 11-40914
                                                                Chapter 7

        Debtor.

---

## NOTICE OF SETTLEMENT OR COMPROMISE

---

To: The United States Trustee, all creditors and other parties in interest.

On, **January 6, 2012** or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the Debtor named above will settle a controversy as follows:

The Debtor, Aaron Blumke, filed using Federal exemptions and is above the allowable (d)(5) exemption limit. He had the following unscheduled assets: unpaid wages of $943 and an employee stock purchase plan valued at $456. The trustee and the debtor have reached an agreement where the debtors will pay the estate $ 950 in full settlement of the non-exempt property.

The debtor has already paid the trustee. If this agreement is not approved by the bankruptcy court, the Trustee shall be entitled to reassert any and all claims.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 301 U.S. Courthouse | 300 So. 4th St. | |
| 300 So. 4th St. | Minneapolis, MN 55415 | |
| Minneapolis, MN 55415 | | |

Dated: December 16, 2011                          /e/ Erik A. Ahlgren
                                                                   Erik A. Ahlgren, Trustee
                                                                   220 W Washington Ave, Ste 105
                                                                   Fergus Falls, MN  56537
                                                                    218-998-2775
                                                                    trustee@prtel.com